No. 772. H. P. HOOD & SONS, INC., ET AL. *v.* UNITED STATES ET AL.; and

No. 809. WHITING MILK Co. *v.* SAME. March 27, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Charles B. Rugg, Warren F. Farr, H. Brian Holland, Archibald Cox,* and *Edward F. Merrill* for petitioners in No. 772. *Mr. Lawrence C. Jones,* Attorney General of Vermont, filed a memorandum, by leave of Court, in support of petitioners in No. 772. *Messrs. John M. Ray-*

*mond', Lawrence Foster,* and *Augustin H. Parker, Jr.* for petitioner in No. 809. *Solicitor General Jackson* for respondents. Reported below: 97 F. 2d 677.